**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ARIEL DAVIS, LACIE DAVIS, AND TAYLOR DAVIS, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 1:22-cv-05069 |
| v. | Hon. LaShonda A. Hunt |
| E.L.F. COSMETICS, INC., | Magistrate Sheila M. Finnegan |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiffs Ariel Davis, Lacie Davis, and Taylor Davis (together "Plaintiffs") initiated the above-captioned action against Defendant e.l.f. Cosmetics, Inc. on September 16, 2022. Defendant has not yet served an answer or filed a motion for summary judgment. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss the above-captioned action with prejudice.

Dated: October 22, 2024

Respectfully submitted,

By: /s/ *Nada Djordjevic*
Nada Djordjevic
ndjordjevic@dicellolevitt.com
Adam J. Levitt
alevitt@dicellolevitt.com
Amy E. Keller
akeller@dicellolevitt.com
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214-7900

James J. Pizzirusso (*admitted pro hac vice*)
jpizzirusso@hausfeld.com
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 540-7200

Steven M. Nathan (*admitted pro hac vice*)

snathan@hausfeld.com
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, New York 10004
Telephone: (646) 357-1100

Elizabeth Chavez
ecc@fmcolaw.com
Bret Pufahl
bkp@fmcolaw.com
Foote, Mielke, Chavez, & O'Neil, LLC
1541 E. Fabyan Parkway, Suite 101
Geneva, IL 60134
Tel. 630.232.7450

Don Bivens (*pro hac vice application
forthcoming*)
don@donbivens.com
**DON BIVENS PLLC**
Scottsdale Quarter
15169 North Scottsdale Road, Suite 205
Scottsdale, Arizona 85254
Telephone: (602) 708-1450

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

Nada Djordjevic certifies that she served the foregoing document on all counsel of record, by this Court's electronic-filing system, this 22nd day of October, 2024.


/s/ *Nada Djordjevic*
Nada Djordjevic